1
2
3
4
5
6                        UNITED STATES DISTRICT COURT
7                             DISTRICT OF NEVADA
8                                 * * * * *
9   UNITED STATES OF AMERICA,        )
                                     )   2:03-CR-00109-LRH-PAL
10                  Plaintiff,        )
                                     )   ORDER
11  vs.                              )
                                     )
12  JEFF VINCENT GRAINGER,           )
                                     )
13                  Defendant.       )
    ─────────────────────────────── )
14

15          The above-entitled matter is scheduled for a hearing before Judge Hicks at the Lloyd D.

16  George Federal Courthouse, 333 Las Vegas Boulevard South, in Las Vegas, Nevada on

17  September 16, 2008, at 11:30 a.m.  Because this hearing necessitates that Judge Hicks and

18  members of his staff travel to Las Vegas for purposes of this hearing, the parties are placed on

19  notice that there will be no continuances granted, by stipulation or otherwise, unless a motion or

20  stipulation is presented with material supporting grounds by September 10, 2008.

21          IT IS SO ORDERED.

22          DATED this 5th day of September, 2008.

23

24

25                                      _____
26                                      LARRY R. HICKS
                                        UNITED STATES DISTRICT JUDGE
27

28