UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JEFF VINCENT GRAINGER ) <br> ) <br> Defendant. ) | 2:03-CR-109-LRH-PAL |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (ECF#53), sentencing held on September 9, 2003. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

| | |
|---|---|
| ARIZONA CHARLIES EAST | $200.00 |
| SAMS TOWN HOTEL & CASINO | $100.00 |
| WALMART | $100.00 |
| RITE AID | $100.00 |
| EXTENDED STAY AMERICA | $200.00 |
| JEAN FUEL | $100.00 |
| ORS | $100.00 |
| GOLD COAST HOTEL | $100.00 |
| SHEPLERS INC | $100.00 |
| ALBERTSON'S GROCERY STORE | $100.00 |
| SPEEDEE MART | $100.00 |
| SMITHS GROCERY STORE | $100.00 |
| KMART | $100.00 |

| | |
|---|---|
| WALGREENS | $200.00 |

**Total Amount of Restitution ordered: $1700.00\*\***
**\*\*Joint and Several with co-defendant Lisa Cleveland**

Dated this  28th  day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE